

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re Peyton Waters, Jr.

Appellate case number:     01-13-01090-CV

Trial court case number:    417,695-401

Trial court:              Probate Court No. 2 of Harris County, Texas

On December 31, 2013, relator, Peyton Waters, Jr., filed a petition for a writ of mandamus. It is **ordered** that the real party in interest respond to the petition for writ of mandamus. The response, if any, is due **Thursday, January 23, 2014**.

It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
            ☐ Acting individually    ☐ Acting for the Court

Date: January 9, 2014